UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDUARDO BURKETT, GUILLAUME FOSS, and VIRGINIA ORTIZ, individually and on behalf of all persons similarly situated,<br><br>         Plaintiffs,<br><br>  -*against*-<br><br>HOUSLANGER & ASSOCIATES, PLLC, TODD HOUSLANGER, and BRYAN BRYKS,<br><br>         Defendants. | No. 1:19-cv-2285 (LDH)(JO)<br><br>**PLAINTIFF EDUARDO BURKETT'S ACCEPTANCE OF OFFER OF JUDGMENT** |

    Pursuant to Rule 68 of the Federal Rules of Civil Procedure, plaintiff Eduardo Burkett, by his attorneys, the New York Legal Assistance Group, hereby accepts the Offer of Judgment by defendants, dated June 20, 2019. (A copy of the Offer of Judgment is attached as Exhibit A).

Dated: June 29, 2019
      New York, New York

 

NEW YORK LEGAL
ASSISTANCE GROUP

By: _____
Danielle Tarantolo
Jane Greengold Stevens
Jessica Ranucci
7 Hanover Square
New York, New York 10004
(212) 613-5000
dtarantolo@nylag.org

*Counsel for Plaintiffs*

To:

**By Email and Regular Mail**
Brett A. Scher, Esq.
Adam M. Marshall, Esq.
Kaufman Dolowich & Voluck, LLP
135 Crossways Park Dr., Suite 201
Woodbury, New York 11797
(516) 681-1100

*Attorneys for Defendants Houslanger & Associates, PLLC,*
*Todd Houslanger, and Bryan Bryks*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
EDUARDO BURKETT, GUILLAUME FOSS,
and VIRGINIA ORTIZ, individually and on
behalf of all persons similarly situated,

                  Plaintiffs,

   -against-

HOUSLANGER & ASSOCIATES, PLLC,
TODD HOUSLANGER, and BRYAN BRYKS

                  Defendants.
---------------------------------------------------------X

Case No. 1:19-cv-2285 (LDH)(JO)

**OFFER OF JUDGMENT**

    **PLEASE TAKE NOTICE** that, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Houslanger & Associates, PLLC, Todd Houslanger and Bryan Bryks (collectively, "Defendants") hereby offer to allow judgment in favor of Plaintiff Eduardo Burkett ("Burkett") to be taken against Defendants in this action, in the amount of ten thousand dollars and zero cents ($10,000.00), plus reasonable attorneys' fees and costs incurred up through the date of this offer.

    **PLEASE TAKE FURTHER NOTICE** that this offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that Defendants are liable in this action, or that Burkett has suffered any damage. If this offer is not accepted in writing within fourteen (14) days after it is served, it shall be deemed withdrawn.

Dated: Woodbury, New York
       June 20, 2019

                                     **KAUFMAN DOLOWICH & VOLUCK, LLP**

                       By: _____
                                   Brett A. Scher, Esq.
                                   Adam M. Marshall, Esq.
                                   *Attorneys for Defendants*
                                   135 Crossways Park Dr., Suite 201
                                   Woodbury, New York 11797
                                   (516) 681-1100

To: Danielle Tarantolo, Esq.
New York Legal Assistance Group
*Attorneys for Plaintiffs*
7 Hanover Square
New York, NY 10004
(212) 613-5000
dtarantolo@nylag.org
(Via Email & Regular Mail)