

October 8, 2019

VIA ECF

Hon. LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *Burkett et al. v. Houslanger & Assocs., PLLC et al.*, No. 19 Civ. 2285 (LDH) (JO)

Dear Judge DeArcy Hall:

    We represent Plaintiffs in this putative class action. We write jointly with Defendants to request that Your Honor enter the Proposed Judgments in favor of Plaintiffs Burkett, Foss, and Ortiz pursuant to Defendants' Rule 68 Offers of Judgment (ECF Nos. 20-1, 21-1, and 22-1). At the conference on September 26th, you stated that the Court would enter the proposed judgments after Plaintiffs filed the Amended Complaint, which we did later that same date (ECF No. 31).

                                          Sincerely,

                                          /s/ Danielle Tarantolo
                                          Danielle Tarantolo
                                          Jane Greengold Stevens
                                          Jessica Ranucci
                                          NEW YORK LEGAL ASSISTANCE GROUP
                                          7 Hanover Square
                                          New York, NY 10004
                                          (212) 613-5000
                                          dtarantolo@nylag.org