UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EDUARDO BURKETT, GUILLAUME FOSS, and VIRGINIA ORTIZ, individually and on behalf of all persons similarly situated,

                    Plaintiffs,

-against-

HOUSLANGER & ASSOCIATES, PLLC, TODD HOUSLANGER, and BRYAN BRYKS,

                    Defendants.

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★   OCT 10 2019   ★

BROOKLYN OFFICE

No. 1:19-cv-2285 (LDH)(JO)

**JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants HOUSLANGER AND ASSOCIATES, PLLC, TODD HOUSLANGER, and BRYAN BRYKS in the above-entitled action having offered on June 20, 2019, to take judgment against them in favor of plaintiff, GUILLAUME FOSS, the amount of TEN THOUSAND DOLLARS AND NO CENTS ($10,000.00), plus any accrued costs together with a reasonable attorneys' fee as determined by the court to be incurred up through June 20, 2019, and the plaintiff having accepted defendants' offer of judgment on June 29, 2019, it is hereby ORDERED, ADJUDGED and DECREED that:

      Final judgment is entered in favor of the plaintiff, GUILLAUME FOSS and against the defendants; and

      Defendants are to pay plaintiff, GUILLAUME FOSS, the amount of TEN THOUSAND DOLLARS AND NO CENTS ($10,000.00), plus any accrued costs together with a reasonable attorneys' fee as determined by the court to be incurred up through June 20, 2019.

Dated: June 29, 2019
      New York, New York

                              s/ LDH   10/9/19
                              HON. LASHANN DEARCY HALL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EDUARDO BURKETT, GUILLAUME FOSS, and VIRGINIA ORTIZ, individually and on behalf of all persons similarly situated,

                    Plaintiffs,

        -against-

HOUSLANGER & ASSOCIATES, PLLC, TODD HOUSLANGER, and BRYAN BRYKS,

                    Defendants.

No. 1:19-cv-2285 (LDH)(JO)

**JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants HOUSLANGER AND ASSOCIATES, PLLC, TODD HOUSLANGER, and BRYAN BRYKS in the above-entitled action having offered on June 20, 2019, to take judgment against them in favor of plaintiff, EDUARDO BURKETT, the amount of TEN THOUSAND DOLLARS AND NO CENTS ($10,000.00), plus any accrued costs together with a reasonable attorneys' fee as determined by the court to be incurred up through June 20, 2019, and the plaintiff having accepted defendants' offer of judgment on June 29, 2019, it is hereby ORDERED, ADJUDGED and DECREED that:

        Final judgment is entered in favor of the plaintiff, EDUARDO BURKETT and against the defendants; and

        Defendants are to pay plaintiff, EDUARDO BURKETT, the amount of TEN THOUSAND DOLLARS AND NO CENTS ($10,000.00), plus any accrued costs together with a reasonable attorneys' fee as determined by the court to be incurred up through June 20, 2019.

Dated: June 29, 2019
       New York, New York

                                      s/ LDH   10/9/19
                                      HON. LASHANN DEARCY HALL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EDUARDO BURKETT, GUILLAUME FOSS, and VIRGINIA ORTIZ, individually and on behalf of all persons similarly situated,

                Plaintiffs,

-*against*-

HOUSLANGER & ASSOCIATES, PLLC, TODD HOUSLANGER, and BRYAN BRYKS,

                Defendants.

No. 1:19-cv-2285 (LDH)(JO)

**JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants HOUSLANGER AND ASSOCIATES, PLLC, TODD HOUSLANGER, and BRYAN BRYKS in the above-entitled action having offered on June 20, 2019, to take judgment against them in favor of plaintiff, VIRGINIA ORTIZ, the amount of TEN THOUSAND DOLLARS AND NO CENTS ($10,000.00), plus any accrued costs together with a reasonable attorneys' fee as determined by the court to be incurred up through June 20, 2019, and the plaintiff having accepted defendants' offer of judgment on June 29, 2019, it is hereby ORDERED, ADJUDGED and DECREED that:

    Final judgment is entered in favor of the plaintiff, VIRGINIA ORTIZ and against the defendants; and

    Defendants are to pay plaintiff, VIRGINIA ORTIZ, the amount of TEN THOUSAND DOLLARS AND NO CENTS ($10,000.00), plus any accrued costs together with a reasonable attorneys' fee as determined by the court to be incurred up through June 20, 2019.

Dated: June 29, 2019
       New York, New York

                              s/ LDH       10/9/19
                              HON. LASHANN DEARCY HALL