FILED
IN CLERK'S OFFICE
'S DISTRICT COURT E.D.N.Y.

OCT 28 2019

'FICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EDUARDO BURKETT, GUILLAUME FOSS, VIRGINIA ORTIZ, and LAKESHA KINGDOM, individually and on behalf of all persons similarly situated,

                  Plaintiffs,

-*against*-

HOUSLANGER & ASSOCIATES, PLLC, TODD HOUSLANGER, and BRYAN BRYKS,

                  Defendants.

No. 1:19-cv-2285 (LDH)(JO)

**JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants HOUSLANGER AND ASSOCIATES, PLLC, TODD HOUSLANGER, and BRYAN BRYKS in the above-entitled action having offered on October 10, 2019, to take judgment against them in favor of plaintiff, LAKESHA KINGDOM, in the amount of TEN THOUSAND DOLLARS AND NO CENTS ($10,000.00), plus any accrued costs together with a reasonable attorneys' fee as determined by the court to be incurred up through October 10, 2019, and the plaintiff having accepted defendants' offer of judgment on October 24, 2019, it is hereby ORDERED, ADJUDGED and DECREED that:

    Final judgment is entered in favor of the plaintiff, LAKESHA KINGDOM and against the defendants; and

    Defendants are to pay plaintiff, LAKESHA KINGDOM, the amount of TEN THOUSAND DOLLARS AND NO CENTS ($10,000.00), plus any accrued costs together with a reasonable attorneys' fee as determined by the court to be incurred up through October 10, 2019.

                                  s/ LDH
                                  HON. LASHANN DEARCY HALL

10/28/19